

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00290-CR

## EX PARTE JOSE ALEXANDER AREVALO

**From the County Court
Freestone County, Texas
Trial Court No. 17695**

## MEMORANDUM  OPINION

Jose Alexander Arevalo was convicted in 1997 of Driving While Intoxicated and sentenced to 180 days in jail which was probated for 18 months.  *See* TEX. PENAL CODE ANN. § 49.04 (Vernon 2003).  In 2009, Arevalo filed a writ of habeas corpus which was denied by the trial court.  Arevalo appealed that denial but has now filed a motion requesting this Court to dismiss the appeal.  Arevalo personally signed the motion to dismiss.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed February 3, 2010
Do not publish
[CR25]